FILED

MAY   3  

Clerk               Bankruptcy
Courts for the District of Columbia

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

IN RE: LETTER OF REQUEST FROM     )
AMTSGERICHT KAISERSLAUTERN     )
(DISTRICT COURT) FEDERAL REPUBLIC   )
OF GERMANY     )
_____ )

Case: 1:13-mc-00449
Assigned To : Lamberth, Royce C.
Assign. Date : 5/3/2013
Description: miscellaneous

## APPLICATION FOR ORDER UNDER 28 U.S.C. § 1782

The United States of America, by its undersigned attorneys, petition this Court for an

Order pursuant to 28 U.S.C. § 1782, appointing a United States Magistrate Judge as

Commissioner for the purpose of obtaining judicial assistance concerning the extraction of a

blood sample for a paternity test from: Eugene Armstead, 3316 Wheeler Road, SE, Apt. T2,

Washington, D.C. 20032, who resides within the jurisdiction of this Court, pursuant to a Letter of

Request requesting judicial assistance, issued by the District Court of Kaiserslautern, Germany,

on October 18, 2011, under the Convention on Taking Evidence Abroad, which entered into

force between the United States of America and the Federal Republic of Germany on October, 7,

1972.  23 UST 2555, TIAS 7444.  A copy of said convention is attached hereto as Exhibit A.

The Letter of Request, dated October 18, 2011, and an English translation are attached

hereto as Exhibits B and C, respectively.

DATED this 3rd day of May, 2013

Respectfully submitted,

RONALD C. MACHEN JR., D.C. Bar # 447889
United States Attorney

DANIEL F. VAN HORN
Civil Chief, D.C. Bar # 924092

By:    */s/ Mary Elizabeth Stratton*
      MARY ELIZABETH STRATTON

CA Bar # 138049
Special Assistant U.S. Attorney
555 Fourth St., N.W.
Room E-4206
Washington, D.C. 20530
202-514-7151
Mary.Elizabeth.Stratton@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of May, 2013, I caused to be mailed a copy of the

**APPLICATION FOR ORDER UNDER 28 U.S.C. § 1782** by United States Mail, postage

prepaid to the following person(s):

Eugene Armstead
3316 Wheeler Road, SE
Apt. T2
Washington, D.C. 20032

_Mary Elizabeth Stratton___
Mary Elizabeth Stratton
Special Assistant United States Attorney

# EXHIBIT A

# MULTILATERAL

## Taking of Evidence Abroad

*Convention adopted at the Eleventh Session of The Hague Conference on Private International Law October 26, 1968;*
*Opened for signature at The Hague March 18, 1970;*
*Signed on behalf of the United States of America July 27, 1970;*
*Ratification advised by the Senate of the United States of America June 13, 1972;*
*Ratified by the President of the United States of America July 15, 1972;*
*Ratification of the United States of America deposited with the Ministry of Foreign Affairs of the Netherlands August 8, 1972;*
*Proclaimed by the President of the United States of America September 15, 1972;*
*Entered into force with respect to the United States of America October 7, 1972.*

---

### By the President of the United States of America

### A PROCLAMATION

CONSIDERING THAT:

The Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, adopted at the Eleventh Session of The Hague Conference on Private International Law on October 26, 1968, was opened for signature at The Hague on March 18, 1970, and was signed for the United States of America on July 27, 1970, the text of which in the French and English languages is annexed;

The Senate of the United States of America by its resolution of June 13, 1972, two-thirds of the Senators present concurring, gave its advice and consent to the ratification of that Convention;

The President ratified the Convention on July 15, 1972, and the instrument of ratification was deposited with the Ministry of Foreign Affairs of the Netherlands on August 8, 1972;

Article 37 of the Convention provides that it shall enter into force on the sixtieth day after the deposit of the third instrument of ratification; and

The Convention accordingly will enter into force for the United States of America on October 7, 1972, instruments of ratification having been deposited by Denmark and Norway on June 20, 1972 and August 3, 1972, respectively;

Now, THEREFORE, I, Richard Nixon, President of the United States of America, proclaim and make public the Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, to the end that it shall be observed and fulfilled with good faith on and after October 7, 1972 by the United States of America and by the citizens of the United States of America and all other persons subject to the jurisdiction thereof.

IN TESTIMONY WHEREOF, I have signed this proclamation and caused the Seal of the United States of America to be affixed.

DONE at the city of Washington this fifteenth day of September in the year of our Lord one thousand nine hundred seventy-
[SEAL]  two and of the Independence of the United States of America the one hundred ninety-seventh.

RICHARD NIXON

By the President:
WILLIAM P ROGERS
*Secretary of State*

TIAS 7444

CONVENTION SUR L'OBTENTION
DES PREUVES A L'ETRANGER
EN MATIERE CIVILE OU COM-
MERCIALE

CONVENTION ON THE TAKING
OF EVIDENCE ABROAD IN
CIVIL OR COMMERCIAL
MATTERS

Les Etats signataires de la
présente Convention,

The States signatory to the
present Convention,

Désirant faciliter la transmis-
sion et l'exécution des commis-
sions rogatoires et promouvoir le
rapprochement des diverses mé-
thodes qu'ils utilisent à ces fins,

Desiring to facilitate the trans-
mission and execution of Letters
of Request and to further the
accommodation of the different
methods which they use for this
purpose,

Soucieux d'accroître l'efficacité
de la coopération judiciaire mu-
tuelle en matière civile ou com-
merciale,

Desiring to improve mutual
judicial co-operation in civil or
commercial matters,

Ont résolu de conclure une
Convention à ces effets et sont
convenus des dispositions sui-
vantes:

Have resolved to conclude a
Convention to this effect and
have agreed upon the following
provisions –

CHAPITRE I—COMMISSIONS
ROGATOIRES

CHAPTER I—LETTERS OF
REQUEST

ARTICLE PREMIER

ARTICLE 1

En matière civile ou commer-
ciale, l'autorité judiciaire d'un
Etat contractant peut, conformé-
ment aux dispositions de sa légis-
lation, demander par commission
rogatoire à l'autorité compétente
d'un autre Etat contractant de
faire tout acte d'instruction, ainsi
que d'autres actes judiciaires.

In civil or commercial matters
a judicial authority of a Con-
tracting State may, in accordance
with the provisions of the law of
that State, request the competent
authority of another Contracting
State, by means of a Letter of
Request, to obtain evidence, or to
perform some other judicial act.

Un acte d'instruction ne peut
pas être demandé pour permettre
aux parties d'obtenir des moyens
de preuves qui ne soient pas des-
tinés à être utilisés dans une pro-
cédure engagée ou future.

A Letter shall not be used to
obtain evidence which is not in-
tended for use in judicial pro-
ceedings, commenced or con-
templated.

L'expression «autres actes judi-
ciaires» ne vise ni la signification
ou la notification d'actes judi-
ciaires, ni les mesures conserva-
toires ou d'exécution.

The expression 'other judicial
act' does not cover the service of
judicial documents or the issu-
ance of any process by which
judgments or orders are executed
or enforced, or orders for pro-
visional or protective measures.

ARTICLE 2

Chaque Etat contractant désigne une Autorité centrale qui assume la charge de recevoir les commissions rogatoires émanant d'une autorité judiciaire d'un autre Etat contractant et de les transmettre à l'autorité compétente aux fins d'exécution. L'Autorité centrale est organisée selon les modalités prévues par l'Etat requis.

Les commissions rogatoires sont transmises à l'Autorité centrale de l'Etat requis sans intervention d'une autre autorité de cet Etat.

## ARTICLE 3

La commission rogatoire contient les indications suivantes:

a) l'autorité requérante et, si possible, l'autorité requise;

b) l'identité et l'adresse des parties et, le cas échéant, de leurs représentants;

c) la nature et l'objet de l'instance et un exposé sommaire des faits;

d) les actes d'instruction ou autres actes judiciaires à accomplir.

Le cas échéant, la commission rogatoire contient en outre:

e) les nom et adresse des personnes à entendre;

f) les questions à poser aux personnes à entendre ou les faits sur lesquels elles doivent être entendues;

g) les documents ou autres objets à examiner;

A Contracting State shall designate a Central Authority which will undertake to receive Letters of Request coming from a judicial authority of another Contracting State and to transmit them to the authority competent to execute them. Each State shall organize the Central Authority in accordance with its own law.

Letters shall be sent to the Central Authority of the State of execution without being transmitted through any other authority of that State.

## ARTICLE 3

A Letter of Request shall specify —

(a) the authority requesting its execution and the authority requested to execute it, if known to the requesting authority;

(b) the names and addresses of the parties to the proceedings and their representatives, if any;

(c) the nature of the proceedings for which the evidence is required, giving all necessary information in regard thereto;

(d) the evidence to be obtained or other judicial act to be performed.

Where appropriate, the Letter shall specify, inter alia —

(e) the names and addresses of the persons to be examined;

(f) the questions to be put to the persons to be examined or a statement of the subject-matter about which they are to be examined;

(g) the documents or other property, real or personal, to be inspected;

déposition sous serment et avec affirmation et, le cas échéant, l'indication de la formule à utiliser;

i) les formes spéciales dont l'application est demandée conformément à l'article 9.

La commission rogatoire mentionne aussi, s'il y a lieu, les renseignements nécessaires à l'application de l'article 11.

Aucune légalisation ni formalité analogue ne peut être exigée.

## ARTICLE 4

La commission rogatoire doit être rédigée dans la langue de l'autorité requise ou accompagnée d'une traduction faite dans cette langue.

Toutefois, chaque Etat contractant doit accepter la commission rogatoire rédigée en langue française ou anglaise, ou accompagnée d'une traduction dans l'une de ces langues, à moins qu'il ne s'y soit opposé en faisant la réserve prévue à l'article 33.

Tout Etat contractant qui a plusieurs langues officielles et ne peut, pour des raisons de droit interne, accepter les commissions rogatoires dans l'une de ces langues pour l'ensemble de son territoire, doit faire connaître, au moyen d'une déclaration, la langue dans laquelle la commission rogatoire doit être rédigée ou traduite en vue de son exécution dans les parties de son territoire qu'il a déterminées. En cas d'inobservation sans justes

evidence is to be given on oath or affirmation, and any special form to be used;

(i) any special method or procedure to be followed under Article 9.

A Letter may also mention any information necessary for the application of Article 11.

No legalization or other like formality may be required.

## ARTICLE 4

A Letter of Request shall be in the language of the authority requested to execute it or be accompanied by a translation into that language.

Nevertheless, a Contracting State shall accept a Letter in either English or French, or a translation into one of these languages, unless it has made the reservation authorized by Article 33.

A Contracting State which has more than one official language and cannot, for reasons of internal law, accept Letters in one of these languages for the whole of its territory, shall, by declaration, specify the language in which the Letter or translation thereof shall be expressed for execution. in the specified parts of its territory. In case of failure to comply with this declaration, without justifiable excuse, the costs of translation into the re-

motifs de l'obligation découlant de cette déclaration, les frais de la traduction dans la langue exigée sont à la charge de l'Etat requérant.

Tout Etat contractant peut, au moyen d'une déclaration, faire connaître la ou les langues autres que celles prévues aux alinéas précédents dans lesquelles la commission rogatoire peut être adressée à son Autorité centrale.

Toute traduction annexée à une commission rogatoire doit être certifiée conforme, soit par un agent diplomatique ou consulaire, soit par un traducteur assermenté ou juré, soit par toute autre personne autorisée à cet effet dans l'un des deux Etats.

quired language shall be borne by the State of origin.

A Contracting State may, by declaration, specify the language or languages other than those referred to in the preceding paragraphs, in which a Letter may be sent to its Central Authority.

Any translation accompanying a Letter shall be certified as correct, either by a diplomatic officer or consular agent or by a sworn translator or by any other person so authorized in either State.

## ARTICLE 5

Si l'Autorité centrale estime que les dispositions de la Convention n'ont pas été respectées, elle en informe immédiatement l'autorité de l'Etat requérant qui lui a transmis la commission rogatoire, en précisant les griefs articulés à l'encontre de la demande.

## ARTICLE 5

If the Central Authority considers that the request does not comply with the provisions of the present Convention, it shall promptly inform the authority of the State of origin which transmitted the Letter of Request, specifying the objections to the Letter.

## ARTICLE 6

En cas d'incompétence de l'autorité requise, la commission rogatoire est transmise d'office et sans retard à l'autorité judiciaire compétente du même Etat suivant les règles établies par la législation de celui-ci.

## ARTICLE 6

If the authority to whom a Letter of Request has been transmitted is not competent to execute it, the Letter shall be sent forthwith to the authority in the same State which is competent to execute it in accordance with the provisions of its own law.

## ARTICLE 7

L'autorité requérante est, si elle le demande, informée de la date et du lieu où il sera procédé

## ARTICLE 7

The requesting authority shall, if it so desires, be informed of the time when, and the place where,

à la mesure sollicitée, afin que les parties intéressées et, le cas échéant, leurs représentants puissent y assister. Cette communication est adressée directement auxdites parties ou à leurs représentants, lorsque l'autorité requérante en a fait la demande.

the proceeding will take place, in order that the parties concerned, and their representatives, if any, may be present. This information shall be sent directly to the parties or their representatives when the authority of the State of origin so requests.

## ARTICLE 8

Tout Etat contractant peut déclarer que des magistrats de l'autorité requérante d'un autre Etat contractant peuvent assister à l'exécution d'une commission rogatoire. Cette mesure peut être soumise à l'autorisation préalable de l'autorité compétente désignée par l'Etat déclarant.

## ARTICLE 8

A Contracting State may declare that members of the judicial personnel of the requesting authority of another Contracting State may be present at the execution of a Letter of Request. Prior authorization by the competent authority designated by the declaring State may be required.

## ARTICLE 9

L'autorité judiciaire qui procède à l'exécution d'une commission rogatoire, applique les lois de son pays en ce qui concerne les formes à suivre.

Toutefois, il est déféré à la demande de l'autorité requérante tendant à ce qu'il soit procédé suivant une forme spéciale, à moins que celle-ci ne soit incompatible avec la loi de l'Etat requis, ou que son application ne soit pas possible, soit en raison des usages judiciaires de l'Etat requis, soit de difficultés pratiques.

La commission rogatoire doit être exécutée d'urgence.

## ARTICLE 9

The judicial authority which executes a Letter of Request shall apply its own law as to the methods and procedures to be followed.

However, it will follow a request of the requesting authority that a special method or procedure be followed, unless this is incompatible with the internal law of the State of execution or is impossible of performance by reason of its internal practice and procedure or by reason of practical difficulties.

A Letter of Request shall be executed expeditiously.

## ARTICLE 10

En exécutant la commission rogatoire, l'autorité requise applique les moyens de contrainte appropriés et prévus par sa loi interne dans les cas et dans la

## ARTICLE 10

In executing a Letter of Request the requested authority shall apply the appropriate measures of compulsion in the instances and to the same extent

même mesure où elle y serait obligée pour l'exécution d'une commission des autorités de l'Etat requis ou d'une demande formulée à cet effet par une partie intéressée.

as are provided by its internal law for the execution of orders issued by the authorities of its own country or of requests made by parties in internal proceedings.

### ARTICLE 11

La commission rogatoire n'est pas exécutée pour autant que la personne qu'elle vise invoque une dispense ou une interdiction de déposer, établies:

a) soit par la loi de l'Etat requis;

b) soit par la loi de l'Etat requérant et spécifiées dans la commission rogatoire ou, le cas échéant, attestées par l'autorité requérante à la demande de l'autorité requise.

En outre, tout Etat contractant peut déclarer qu'il reconnaît de telles dispenses et interdictions établies par la loi d'autres Etats que l'Etat requérant et l'Etat requis, dans la mesure spécifiée dans cette déclaration.

### ARTICLE 11

In the execution of a Letter of Request the person concerned may refuse to give evidence in so far as he has a privilege or duty to refuse to give the evidence –

(a) under the law of the State of execution; or

(b) under the law of the State of origin, and the privilege or duty has been specified in the Letter, or, at the instance of the requested authority, has been otherwise confirmed to that authority by the requesting authority.

A Contracting State may declare that, in addition, it will respect privileges and duties existing under the law of States other than the State of origin and the State of execution, to the extent specified in that declaration.

### ARTICLE 12

L'exécution de la commission rogatoire ne peut être refusée que dans la mesure où:

a) l'exécution, dans l'Etat requis, ne rentre pas dans les attributions du pouvoir judiciaire; ou

b) l'Etat requis la juge de nature à porter atteinte à sa souveraineté ou à sa sécurité.

L'exécution ne peut être refusée pour le seul motif que la loi de l'Etat requis revendique

### ARTICLE 12

The execution of a Letter of Request may be refused only to the extent that –

(a) in the State of execution the execution of the Letter does not fall within the functions of the judiciary; or

(b) the State addressed considers that its sovereignty or security would be prejudiced thereby.

Execution may not be refused solely on the ground that under its internal law the State of ex-

une compétence judiciaire exclusive dans l'affaire en cause ou ne connaît pas de voies de droit répondant à l'objet de la demande portée devant l'autorité requérante.

ecution claims exclusive jurisdiction over the subject-matter of the action or that its internal law would not admit a right of action on it.

## ARTICLE 13

Les pièces constatant l'exécution de la commission rogatoire sont transmises par l'autorité requise à l'autorité requérante par la même voie que celle utilisée par cette dernière.

Lorsque la commission rogatoire n'est pas exécutée en tout ou en partie, l'autorité requérante en est informée immédiatement par la même voie et les raisons lui en sont communiquées.

## ARTICLE 13

The documents establishing the execution of the Letter of Request shall be sent by the requested authority to the requesting authority by the same channel which was used by the latter.

In every instance where the Letter is not executed in whole or in part, the requesting authority shall be informed immediately through the same channel and advised of the reasons.

## ARTICLE 14

L'exécution de la commission rogatoire ne peut donner lieu au remboursement de taxes ou de frais, de quelque nature que ce soit.

Toutefois, l'État requis a le droit d'exiger de l'État requérant le remboursement des indemnités payées aux experts et interprètes et des frais résultant de l'application d'une forme spéciale demandée par l'État requérant conformément à l'article 9, alinéa 2.

L'autorité requise, dont la loi laisse aux parties le soin de réunir les preuves et qui n'est pas en mesure d'exécuter elle-même la commission rogatoire, peut en charger le personne habilitée à cet effet, après avoir obtenu le consentement de l'autorité requérante. En demandant celui-ci, l'autorité requise indique

## ARTICLE 14

The execution of the Letter of Request shall not give rise to any reimbursement of taxes or costs of any nature.

Nevertheless, the State of execution has the right to require the State of origin to reimburse the fees paid to experts and interpreters and the costs occasioned by the use of a special procedure requested by the State of origin under Article 9, paragraph 2.

The requested authority whose law obliges the parties themselves to secure evidence, and which is not able itself to execute the Letter, may, after having obtained the consent of the requesting authority, appoint a suitable person to do so. When seeking this consent the requested authority shall indicate

le montant approximatif des frais qui résulteraient de cette intervention. Le consentement implique pour l'autorité requérante l'obligation de rembourser ces frais. A défaut de celui-ci, l'autorité requérante n'est pas redevable de ces frais.

CHAPITRE II—OBTENTION DES PREUVES PAR DES AGENTS DIPLOMATIQUES OU CONSULAIRES ET PAR DES COMMISSAIRES

### Article 15

En matière civile ou commerciale, un agent diplomatique ou consulaire d'un Etat contractant peut procéder, sans contrainte, sur le territorie d'un autre Etat contractant et dans la circonscription où il exerce ses fonctions, à tout-acte d'instruction ne visant que les ressortissants d'un Etat qu'il représente et concernant une procédure engagée devant un tribunal dudit Etat.

Tout Etat contractant a la faculté de déclarer que cet acte ne peut être effectué que moyennant l'autorisation accordée sur demande faite par cet agent ou en son nom, par l'autorité compétente désignée par l'Etat déclarant

### Article 16

Un agent diplomatique ou consulaire d'un Etat contractant peut en outre procéder, sans contrainte, sur le territoire d'un autre Etat contractant et dans la circonscription où il exerce ses fonctions, à tout acte d'instru-

the approximate costs which would result from this procedure. If the requesting authority gives its consent it shall reimburse any costs incurred; without such consent the requesting authority shall not be liable for the costs.

CHAPTER II—TAKING OF EVIDENCE BY DIPLOMATIC OFFICERS, CONSULAR AGENTS AND COMMISSIONERS

### Article 15

In a civil or commercial matter, a diplomatic officer or consular agent of a Contracting State may, in the territory of another Contracting State and within the area where he exercises his functions, take the evidence without compulsion of nationals of a State which he represents in aid of proceedings commenced in the courts of a State which he represents.

A Contracting State may declare that evidence may be taken by a diplomatic officer or consular agent only if permission to that effect is given upon application made by him or on his behalf to the appropriate authority designated by the declaring State.

### Article 16

A diplomatic officer or consular agent of a Contracting State may, in the territory of another Contracting State and within the area where he exercises his functions, also take the evidence, without compulsion, of nationals

tion visant les ressortissan... de l'Etat de résidence ou d'un Etat tiers, et concernant une procédure engagée devant un tribunal d'un Etat qu'il représente:

a) si une autorité compétente désignée par l'Etat de résidence a donné son autorisation, soit d'une manière générale, soit pour chaque cas particulier, et

b) s'il respecte les conditions que l'autorité compétente a fixées dans l'autorisation.

Tout Etat contractant peut déclarer que les actes d'instruction prévus ci-dessus peuvent être accomplis sans son autorisation préalable.

## ARTICLE 17

En matière civile ou commerciale, toute personne régulièrement désignée à cet effet comme commissaire, peut procéder, sans contrainte, sur le territoire d'un Etat contractant à tout acte d'instruction concernant une procédure engagée devant un tribunal d'un autre Etat contractant:

a) si une autorité compétente désignée par l'Etat de l'exécution a donné son autorisation, soit d'une manière générale, soit pour chaque cas particulier; et

b) si elle respecte les conditions que l'autorité compétente a fixées dans l'autorisation.

Tout Etat contractant peut déclarer que les actes d'instruction prévus ci-dessus peuvent être accomplis sans son autorisation préalable

of the State in which he ...ercises his functions or of a thi... State, in aid of proceedings commenced in the courts of a State which he represents, if —

(a) a competent authority designated by the State in which he exercises his functions has given its permission either generally or in the particular case, and

(b) he complies with the conditions which the competent authority has specified in the permission.

A Contracting State may declare that evidence may be taken under this Article without its prior permission.

## ARTICLE 17

In a civil or commercial matter, a person duly appointed as a commissioner for the purpose may, without compulsion, take evidence in the territory of a Contracting State in aid of proceedings commenced in the courts of another Contracting State if —

(a) a competent authority designated by the State where the evidence is to be taken has given its permission either generally or in the particular case; and

(b) he complies with the conditions which the competent authority has specified in the permission.

A Contracting State may declare that evidence may be taken under this Article without its prior permission.

ARTICLE 18

Tout Etat contractant peut déclarer qu'un agent diplomatique ou consulaire ou un commissaire, autorisé à procéder à un acte d'instruction conformément aux articles 15, 16 et 17, a la faculté de s'adresser à l'autorité compétente désignée par ledit Etat, pour obtenir l'assistance nécessaire à l'accomplissement de cet acte par voie de contrainte. La déclaration peut comporter toute condition que l'Etat déclarant juge convenable d'imposer.

Lorsque l'autorité compétente fait droit à la requête, elle applique les moyens de contrainte appropriés et prévus par sa loi interne.

ARTICLE 19

L'autorité compétente, en donnant l'autorisation prévue aux articles 15, 16 et 17 ou dans l'ordonnance prévue à l'article 18, peut déterminer les conditions qu'elle juge convenables, relatives notamment aux heure, date et lieu de l'acte d'instruction. Elle peut de même demander que ces heure, date et lieu lui soient notifiés au préalable et en temps utile; en ce cas, un représentant de ladite autorité peut être présent à l'acte d'instruction.

ARTICLE 20

Les personnes visées par un acte d'instruction prévu dans ce chapitre peuvent se faire assister par leur conseil.

ARTICLE 18

A Contracting State may declare that a diplomatic officer, consular agent or commissioner authorized to take evidence under Articles 15, 16 or 17, may apply to the competent authority designated by the declaring State for appropriate assistance to obtain the evidence by compulsion. The declaration may contain such conditions as the declaring State may see fit to impose.

If the authority grants the application it shall apply any measures of compulsion which are appropriate and are prescribed by its law for use in internal proceedings.

ARTICLE 19

The competent authority, in giving the permission referred to in Articles 15, 16 or 17, or in granting the application referred to in Article 18, may lay down such conditions as it deems fit, *inter alia*, as to the time and place of the taking of the evidence. Similarly it may require that it be given reasonable advance notice of the time, date and place of the taking of the evidence; in such a case a representative of the authority shall be entitled to be present at the taking of the evidence.

ARTICLE 20

In the taking of evidence under any Article of this Chapter persons concerned may be legally represented.

## ARTICLE 21

Lorsqu'un agent diplomatique ou consulaire ou un commissaire est autorisé à procéder à un acte d'instruction en vertu des articles 15, 16 et 17:

a) il peut procéder à tout acte d'instruction qui n'est pas incompatible avec la loi de l'Etat de l'exécution ou contraire à l'autorisation accordée en vertu desdits articles et recevoir, dans les mêmes conditions, une déposition sous serment ou avec affirmation;

b) à moins que la personne visée par l'acte d'instruction ne soit ressortissante de l'Etat dans lequel la procédure est engagée, toute convocation à comparaître ou à participer à un acte d'instruction est rédigée dans la langue du lieu où l'acte d'instruction doit être accompli, ou accompagnée d'une traduction dans cette langue;

c) la convocation indique que la personne peut être assistée de son conseil, et, dans tout Etat qui n'a pas fait la déclaration prévue à l'article 18, qu'elle n'est pas tenue de comparaître ni de participer à l'acte d'instruction;

d) l'acte d'instruction peut être accompli suivant les formes prévues par la loi du tribunal devant lequel la procédure est engagée, à condition qu'elles ne soient pas interdites par la loi de l'Etat de l'exécution;

e) la personnel visée par l'acte d'instruction peut invoquer les dispenses et interdictions prévues à l'article 11.

## ARTICLE 21

Where a diplomatic officer, consular agent or commissioner is authorized under Articles 15, 16 or 17 to take evidence —

(a) he may take all kinds of evidence which are not incompatible with the law of the State where the evidence is taken or contrary to any permission granted pursuant to the above Articles, and shall have power within such limits to administer an oath or take an affirmation;

(b) a request to a person to appear or to give evidence shall, unless the recipient is a national of the State where the action is pending, be drawn up in the language of the place where the evidence is taken or be accompanied by a translation into such language;

(c) the request shall inform the person that he may be legally represented and, in any State that has not filed a declaration under Article 18, shall also inform him that he is not compelled to appear or to give evidence;

(d) the evidence may be taken in the manner provided by the law applicable to the court in which the action is pending provided that such manner is not forbidden by the law of the State where the evidence is taken;

(e) a person requested to give evidence may invoke the privileges and duties to refuse to give the evidence contained in Article 11.

### ARTICLE 22

Le fait qu'un acte d'instruction n'ait pu être accompli conformément aux dispositions du présent chapitre en raison du refus d'une personne d'y participer, n'empêche pas qu'une commission rogatoire soit adressée ultérieurement pour le même acte, conformément aux dispositions du chapitre premier.

### CHAPITRE III – DISPOSITIONS GÉNÉRALES

### ARTICLE 23

Tout État contractant peut, au moment de la signature, de la ratification ou de l'adhésion, déclarer qu'il n'exécute pas les commissions rogatoires qui ont pour object une procédure connue dans les États du *Common Law* sous le nom de «pre-trial discovery of documents».

### ARTICLE 24

Tout État contractant peut désigner, outre l'Autorité centrale, d'autres autorités dont il détermine les compétences. Toutefois, les commissions rogatoires peuvent toujours être transmises à l'Autorité centrale.

Les États fédéraux ont la faculté de désigner plusieurs Autorités centrales.

### ARTICLE 25

Tout État contractant, dans lequel plusieurs systèmes de droit sont en vigueur, peut désigner les autorités de l'un de ces systèmes, qui auront compétence exclusive

### ARTICLE 22

The fact that an attempt to take evidence under the procedure laid down in this Chapter has failed, owing to the refusal of a person to give evidence, shall not prevent an application being subsequently made to take the evidence in accordance with Chapter I.

### CHAPTER III – GENERAL CLAUSES

### ARTICLE 23

A Contracting State may at the time of signature, ratification or accession, declare that it will not execute Letters of Request issued for the purpose of obtaining pre-trial discovery of documents as known in Common Law countries.

### ARTICLE 24

A Contracting State may designate other authorities in addition to the Central Authority and shall determine the extent of their competence. However, Letters of Request may in all cases be sent to the Central Authority.
Federal States shall be free to designate more than one Central Authority.

### ARTICLE 25

A Contracting State which has more than one legal system may designate the authorities of one of such systems, which shall have exclusive competence to execute

pour l'exécution des commissions rogatoires en application de la présente Convention.

### ARTICLE 26

Tout Etat contractant, s'il y est tenu pour des raisons de droit constitutionnel, peut inviter l'Etat requérant à rembourser les frais d'exécution de la commission rogatoire et concernant la signification ou la notification à comparaître, les indemnités dues à la personne qui fait la déposition et l'établissement du procès-verbal de l'acte d'instruction.

Lorsqu'un Etat a fait usage des dispositions de l'alinéa précédent, tout autre Etat contractant peut inviter cet Etat à rembourser les frais correspondants.

### ARTICLE 27

Les dispositions de la présente Convention ne font pas obstacle à ce qu'un Etat contractant:

a) déclare que des commissions rogatoires peuvent être transmises à ses autorités judiciaires par d'autres voies que celles prévues à l'article 2;

b) permette, aux termes de sa loi ou de sa coutume interne, d'exécuter les actes auxquels elle s'applique dans des conditions moins restrictives;

c) permette, aux termes de sa loi ou de sa coutume interne, des méthodes d'obtention de preuves autres que celles prévues par la présente Convention.

### ARTICLE 26

A Contracting State, if required to do so because of constitutional limitations, may request the reimbursement by the State of origin of fees and costs, in connection with the execution of Letters of Request, for the service of process necessary to compel the appearance of a person to give evidence, the costs of attendance of such persons, and the cost of any transcript of the evidence.

Where a State has made a request pursuant to the above paragraph, any other Contracting State may request from that State the reimbursement of similar fees and costs.

### ARTICLE 27

The provisions of the present Convention shall not prevent a Contracting State from –

(a) declaring that Letters of Request may be transmitted to its judicial authorities through channels other than those provided for in Article 2;

(b) permitting, by internal law or practice, any act provided for in this Convention to be performed upon less restrictive conditions;

(c) permitting, by internal law or practice, methods of taking evidence other than those provided for in this Convention.

ARTICLE 28

La présente Convention ne s'oppose pas à ce que des États contractants s'entendent pour déroger:

a) à l'article 2, en ce qui concerne la voie de transmission des commissions rogatoires;

b) à l'article 4, en ce qui concerne l'emploi des langues;

c) à l'article 8, en ce qui concerne la présence de magistrats à l'exécution des commissions rogatoires;

d) à l'article 11, en ce qui concerne les dispenses et interdictions de déposer;

e) à l'article 13, en ce qui concerne la transmission des pièces constatant l'exécution;

f) à l'article 14, en ce qui concerne le réglement des frais;

g) aux dispositions du chapitre II.

ARTICLE 29

La présente Convention remplacera, dans les rapports entre les États qui l'auront ratifiée, les articles 8 à 16 des Conventions relatives à la procédure civile, respectivement signées à La Haye le 17 juillet 1905 et le premier mars 1954, dans la mesure où lesdits États sont Parties à l'une ou l'autre de ces Conventions.

ARTICLE 30

La présente Convention ne porte pas atteinte à l'application de l'article 23 de la Convention

ARTICLE 28

The present Convention shall not prevent an agreement between any two or more Contracting States to derogate from —

(a) the provisions of Article 2 with respect to methods of transmitting Letters of Request;

(b) the provisions of Article 4 with respect to the languages which may be used;

(c) the provisions of Article 8 with respect to the presence of judicial personnel at the execution of Letters;

(d) the provisions of Article 11 with respect to the privileges and duties of witnesses to refuse to give evidence;

(e) the provisions of Article 13 with respect to the methods of returning executed Letters to the requesting authority;

(f) the provisions of Article 14 with respect to fees and costs;

(g) the provisions of Chapter II.

ARTICLE 29

Between Parties to the present Convention who are also Parties to one or both of the Conventions on Civil Procedure signed at the Hague on the 17th of July 1905 [1] and the 1st of March 1954, [2] this Convention shall replace Articles 8-16 of the earlier Conventions.

ARTICLE 30

The present Convention shall not affect the application of Article 23 of the Convention of

[1] 99 British Foreign and State Papers 990.
[2] 286 UNTS 265.

de 1905, ni de l'article 24 de celle de 1954.

1905, or of Article 24 of the Convention of 1954.

### ARTICLE 31

Les accords additionnels aux Conventions de 1905 et de 1954, conclus par les Etats contractants, sont considérés comme également applicables à la présente Convention, à moins que les Etats intéressés n'en conviennent autrement.

### ARTICLE 31

Supplementary Agreements between Parties to the Conventions of 1905 and 1954 shall be considered as equally applicable to the present Convention unless the Parties have otherwise agreed.

### ARTICLE 32

Sans préjudice de l'application des articles 29 et 31, la présente Convention ne déroge pas aux conventions auxquelles les Etats contractants sont ou seront Parties et qui contiennent des dispositions sur les matières réglées par la présente Convention.

### ARTICLE 32

Without prejudice to the provisions of Articles 29 and 31, the present Convention shall not derogate from conventions containing provisions on the matters covered by this Convention to which the Contracting States are, or shall become Parties.

### ARTICLE 33

Tout Etat, au moment de la signature, de la ratification ou de l'adhésion, a la faculté d'exclure en tout ou en partie l'application des dispositions de l'alinéa 2 de l'article 4, ainsi que du chapitre II. Aucune autre réserve ne sera admise.

Tout Etat contractant pourra, à tout moment, retirer une réserve qu'il aura faite; l'effet de la réserve cessera le soixantième jour après la notification du retrait.

Lorsqu'un Etat aura fait une réserve, tout autre Etat affecté par celle-ci peut appliquer la même règle à l'égard de l'Etat qui a fait la réserve.

### ARTICLE 33

A State may, at the time of signature, ratification or accession exclude, in whole or in part, the application of the provisions of paragraph 2 of Article 4 and of Chapter II. No other reservation shall be permitted.

Each Contracting State may at any time withdraw a reservation it has made; the reservation shall cease to have effect on the sixtieth day after notification of the withdrawal.

When a State has made a reservation, any other State affected thereby may apply the same rule against the reserving State.

### ARTICLE 34

Tout Etat peut à tout moment retirer ou modifier une déclaration.

### ARTICLE 34

A State may at any time withdraw or modify a declaration.

### ARTICLE 35

Tout Etat contractant indiquera au Ministère des Affaires Etrangères des Pays-Bas, soit au moment du dépôt de son instrument de ratification ou d'adhésion, soit ultérieurement, les autorités prévues aux articles 2, 3, 24 et 25.

Il notifiera, le cas échéant, dans les mêmes conditions:

a) la désignation des autorités auxquelles les agents diplomatiques ou consulaires doivent s'adresser en vertu de l'article 16 et de celles qui peuvent accorder l'autorisation ou l'assistance prévues aux articles 15, 16 et 18;

b) la désignation des autorités qui peuvent accorder au commissaire l'autorisation prévue à l'article 17 ou l'assistance prévue à l'article 18;

c) les déclarations visées aux articles 4, 8, 11, 15, 16, 17, 18, 23 et 27;

d) tout retrait ou modification des désignations et déclarations mentionnées ci-dessus;

e) tout retrait de réserves.

### ARTICLE 36

Les difficultés qui s'élèveraient entre les Etats contractants à l'occasion de l'application de la présente Convention seront réglées par la voie diplomatique.

### ARTICLE 35

A Contracting State shall, at the time of the deposit of its instrument of ratification or accession, or at a later date, inform the Ministry of Foreign Affairs of the Netherlands of the designation of authorities, pursuant to Articles 2, 8, 24 and 25.

A Contracting State shall likewise inform the Ministry, where appropriate, of the following —

(a) the designation of the authorities to whom notice must be given, whose permission may be required, and whose assistance may be invoked in the taking of evidence by diplomatic officers and consular agents, pursuant to Articles 15, 16 and 18 respectively;

(b) the designation of the authorities whose permission may be required in the taking of evidence by commissioners pursuant to Article 17 and of those who may grant the assistance provided for in Article 18;

(c) declarations pursuant to Articles 4, 8, 11, 15, 16, 17, 18, 23 and 27;

(d) any withdrawal or modification of the above designations and declarations;

(e) the withdrawal of any reservation.

### ARTICLE 36

Any difficulties which may arise between Contracting States in connection with the operation of this Convention shall be settled through diplomatic channels.

## ARTICLE 37

La présente Convention est ouverte à la signature des Etats représentés à la Onzième session de la Conférence de La Haye de droit international privé.

Elle sera ratifiée et les instruments de ratification seront déposés auprès du Ministère des Affaires Etrangères des Pays-Bas.

## ARTICLE 38

La présente Convention entrera en vigueur le soixantième jour après le dépôt du troisième instrument de ratification prévu par l'article 37, alinéa 2.

La Convention entrera en vigueur, pour chaque Etat signataire ratifiant postérieurement, le soixantième jour après le dépôt de son instrument de ratification.

## ARTICLE 39

Tout Etat non représenté à la Onzième session de la Conférence de La Haye de droit international privé qui est Membre de la Conférence ou de l'Organisation des Nations Unies ou d'une institution spécialisée de celle-ci ou Partie au Statut de la Cour Internationale de Justice pourra adhérer à la présente Convention après son entrée en vigueur en vertu de l'article 38, alinéa premier.

L'instrument d'adhésion sera déposé auprès du Ministère des Affaires Etrangères des Pays-Bas.

## ARTICLE 37

The present Convention shall be open for signature by the States represented at the Eleventh Session of the Hague Conference on Private International Law.

It shall be ratified, and the instruments of ratification shall be deposited with the Ministry of Foreign Affairs of the Netherlands.

## ARTICLE 38

The present Convention shall enter into force on the sixtieth day after the deposit of the third instrument of ratification referred to in the second paragraph of Article 37.

The Convention shall enter into force for each signatory State which ratifies subsequently on the sixtieth day after the deposit of its instrument of ratification.

## ARTICLE 39

Any State not represented at the Eleventh Session of the Hague Conference on Private International Law which is a Member of this Conference or of the United Nations or of a specialized agency of that Organization, or a Party to the Statute of the International Court of Justice[¹] may accede to the present Convention after it has entered into force in accordance with the first paragraph of Article 38.

The instrument of accession shall be deposited with the Ministry of Foreign Affairs of the Netherlands.

¹ TS 993; 59 Stat. 1055.

La Convention entrera en vigueur, pour l'Etat adhérant, le soixantième jour après le dépôt de son instrument d'adhésion.

L'adhésion n'aura d'effet que dans les rapports entre l'Etat adhérant et les Etats contractants qui auront déclaré accepter cette adhésion. Cette déclaration sera déposée auprès du Ministère des Affaires Etangères des Pays-Bas; celui-ci en enverra, par la voie diplomatique, une copie certifiée conforme, à chacun des Etats contractants.

La Convention entrera en vigueur entre l'Etat adhérant et l'Etat ayant déclaré accepter cette adhésion, soixante jours après le dépôt de la déclaration d'acceptation.

### ARTICLE 40

Tout Etat, au moment de la signature, de la ratification ou de l'adhésion, pourra déclarer que la présente Convention s'étendra à l'ensemble des territoires qu'il représente sur le plan international, ou à l'un ou plusieurs d'entre eux. Cette déclaration aura effet au moment de l'entrée en vigueur de la Convention pour ledit Etat.

Par la suite, toute extension de cette nature sera notifiée au Ministère des Affaires Etrangères des Pays-Bas.

La Convention entrera en vigueur, pour les territoires visés par l'extension, le soixantième jour après la notification mentionnée à l'alinéa précédent.

The Convention shall enter into force for a State acceding to it on the sixtieth day after the deposit of its instrument of accession.

The accession will have effect only as regards the relations between the acceding State and such Contracting States as will have declared their acceptance of the accession. Such declaration shall be deposited at the Ministry of Foreign Affairs of the Netherlands; this Ministry shall forward, through diplomatic channels, a certified copy to each of the Contracting States.

The Convention will enter into force as between the acceding State and the State that has declared its acceptance of the accession on the sixtieth day after the deposit of the declaration of acceptance.

### ARTICLE 40

Any State may, at the time of signature, ratification or accession, declare that the present Convention shall extend to all the territories for the international relations of which it is responsible, or to one or more of them. Such a declaration shall take effect on the date of entry into force of the Convention for the State concerned.

At any time thereafter, such extensions shall be notified to the Ministry of Foreign Affairs of the Netherlands. [1]

The Convention shall enter into force for the territories mentioned in such an extension on the sixtieth day after the notification indicated in the preceding paragraph.

---

[1] Extended to Guam, Puerto Rico, and the Virgin Islands pursuant to notification sent by the American Embassy at The Hague on Feb. 6, 1913.

TIAS 734

## ARTICLE 41

La présente Convention aura une durée de cinq ans à partir de la date do son entrée en vigueur, conformément à l'article 38, alinéa premier, même pour les Etats qui l'auront ratifiée ou y auront adhéré postérieurement.

La Convention sera renouvelée tacitement de cinq en cinq ans, sauf dénonciation.

La dénonciation sera, au moins six mois avant l'expiration du délai de cinq ans, notifiée au Ministère des Affaires Etrangères des Pays-Bas.

Elle pourra se limiter à certains des territoires auxquels s'applique la Convention.

La dénonciation n'aura d'effet qu'à l'égard de l'Etat qui l'aura notifiée. La Convention restera en vigueur pour les autres Etats contractants.

## ARTICLE 42

Le Ministère des Affaires Etrangères des Pays-Bas notifiera aux Etats visés à l'article 37, ainsi qu'aux Etats qui auront adhéré conformément aux dispositions de l'article 39:

a) les signatures et ratifications visées à l'article 37;

b) la date à laquelle la présente Convention entrera en vigueur conformément aux dispositions de l'article 38, alinéa premier;

c) les adhésions visées à l'article 39 et la date à laquelle elles auront effet;

d) les extensions visées à l'article 40 et la date à laquelle elles auront effet;

## ARTICLE 41

The present Convention shall remain in force for five years from the date of its entry into force in accordance with the first paragraph of Article 38, even for States which have ratified it or acceded to it subsequently.

If there has been no denunciation, it shall be renewed tacitly every five years.

Any denunciation shall be notified to the Ministry of Foreign Affairs of the Netherlands at least six months before the end of the five year period.

It may be limited to certain of the territories to which the Convention applies.

The denunciation shall have effect only as regards the State which has notified it. The Convention shall remain in force for the other Contracting States.

## ARTICLE 42

The Ministry of Foreign Affairs of the Netherlands shall give notice to the States referred to in Article 37, and to the States which have acceded in accordance with Article 39, of the following –

(a) the signatures and ratifications referred to in Article 37;

(b) the date on which the present Convention enters into force in accordance with the first paragraph of Article 38;

(c) the accessions referred to in Article 39 and the dates on which they take effect;

(d) the extensions referred to in Article 40 and the dates on which they take effect;

e) les désignations, réserves et déclarations mentionnées aux articles 33 et 35;

f) les dénonciations visées à l'article 41, alinéa 3.

EN FOI DE QUOI, les soussignés, dûment autorisés, ont signé la présente Convention.

FAIT à La Haye, le 18 mars 1970, en français et en anglais, les deux textes faisant également foi, en un seul exemplaire, qui sera déposé dans les archives du Gouvernement des Pays-Bas et dont une copie certifiée conforme sera remise, par la voie diplomatique, à chacun des Etats représentés à la Onzième session de la Conférence de La Haye de droit international privé.

(e) the designations, reservations and declarations referred to in Articles 33 and 35;

(f) the denunciations referred to in the third paragraph of Article 41.

IN WITNESS WHEREOF the undersigned, being duly authorised thereto, have signed the present Convention.

DONE at The Hague, on the 18th day of March 1970, in the English and French languages, both texts being equally authentic, in a single copy which shall be deposited in the archives of the Government of the Netherlands, and of which a certified copy shall be sent, through the diplomatic channel, to each of the States represented at the Eleventh Session of the Hague Conference on Private International Law.

POUR LA RÉPUBLIQUE
    FEDERALE d'ALLEMAGNE,
FOR THE FEDERAL REPUBLIC
    OF GERMANY,
*Sous réserve de la ratification*

(s.) HANS ARNOLD

POUR L'AUTRICHE,
FOR AUSTRIA,

POUR LA BELGIQUE,
FOR BELGIUM,

POUR LE CANADA,
FOR CANADA,

POUR LE DANEMARK,
FOR DENMARK,

POUR L'ESPAGNE,
FOR SPAIN,

POUR LES ETATS-UNIS
    D'AMÉRIQUE,
FOR THE UNITED STATES OF
    AMERICA,

POUR LA FINLANDE,
FOR FINLAND,

POUR LA FRANCE,
FOR FRANCE,

POUR LA GRÈCE,
FOR GREECE,

POUR L'IRLANDE,
FOR IRELAND,

POUR ISRAËL,
FOR ISRAEL,

POUR L'ITALIE,
FOR ITALY,

POUR LE JAPON,
FOR JAPAN,

POUR LE LUXEMBOURG,
FOR LUXEMBOURG,

POUR LA SUÈDE,
FOR SWEDEN,

POUR LA NORVÈGE,
FOR NORWAY,

POUR LA SUISSE,
FOR SWITZERLAND,

(s.) G. Rogstad

POUR LES PAYS-BAS,
FOR THE NETHERLANDS,

POUR LA TCHÉCOSLOVAQUIE,
FOR CZECHOSLOVAKIA,

POUR LE PORTUGAL,
FOR PORTUGAL,

POUR LA TURQUIE,
FOR TURKEY,

(s.) Constantino Ribeiro Vaz

*Ad Referendum — Au moment de la
ratification seront faites des réserves et
déclarations jugées nécessaires et per-
mises par la présente Convention*

POUR LA RÉPUBLIQUE ARABE
UNIE,
FOR THE UNITED ARAB
REPUBLIC,

POUR LA YOUGOSLAVIE,
FOR YUGOSLAVIA,

POUR LE ROYAUME UNI DE
GRANDE-BRETAGNE ET
D'IRLANDE DU NORD,
FOR THE UNITED KINGDOM OF
GREAT BRITAIN AND
NORTHERN IRELAND,

(s.) Edward Tomkins

Copie certifiée conforme à l'original

Le Sous-Directeur des Traités
du Ministère des Affaires Etrangères
du Royaume des Pays-Bas:

17 Apr. 1970

Boulonois

(F. G. Boulonois)

# EXHIBIT  B

**Amtsgericht
Kaiserslautern**



Amtsgericht * Postfach * 67623 Kaiserslautern

Office of International Judicial Assistence
Department of Justice
WASHINGTON D.C. 20530 U.S.A.
VEREINIGTE STAATEN

**Bahnhofstraße 24
67655 Kaiserslautern**

| Ihr Schreiben vom<br>Ihr Zeichen | Unser Aktenzeichen<br>(Bitte stets angeben!) | Telefon, Telefax, Bearbeiter(in)<br>0631 3721 | Datum |
|---|---|---|---|
|  | 5 F 526/10 | -602, 407, Fax: -426,<br>Frau Doll | 18.10.2011 |

Sehr geehrte Damen und Herren,,

In der Familiensache

A  D  K      , geboren am    2005, vertreten durch den Beistand Jugendamt der
Stadtverwaltung Kaiserslautern, Willy-Brandt-Platz 1, 67653 Kaiserslautern

- Antragsteller -

gegen

Eugene Armstead, geboren am   1982, SSN      3995 3316 Wheeler Rd SE Apt T2,
Washington, DC 20032 - 4163, Vereinigte Staaten

- Antragsgegner -

Weitere Beteiligte:

Mutter:
Sabrina Rowell, geboren an  _   1985, Staatsangehörigkeit: deutsch, Borngasse 24,
35633 Lahnau

wegen Vaterschaftsfeststellung und Unterhalt Kind

| Geschäftszeiten: | Zentrale Kommunikation | Verkehrsanbindung | Parkmöglichkeiten: |
|---|---|---|---|
| Montag - Donnerstag | Telefon. 0631 3721 - 0 | Deutsche Bahn bis | Parkhaus Hauptbahnhof, |
| 9:00 - 12:00 Uhr und 14:00 - 16:00 Uhr | Telefax: 0631 3721 - 307 | Hauptbahnhof - zu Fuß bis | Zollamtstraße |
| Freitag | E-Mail: agkl@zw.mjv.rlp.de | Justizzentrum ca. 100 Meter | |

Seite  2

werden Sie um Anordnung und Durchführung der Blutentnahme bei

Eugene Armstead, geboren am __ ¨982, SSN·        8995 3316 Wheeler Rd SE Apt T2,
Washington, DC 20032 - 4163, Vereinigte Staaten

gebeten.

Mit der Erstellung des Gutachtens wurde

Herr Prof. Dr. Christian Rittner
Institut für Rechtsmedizin,
Kerststraße 27 - 31
67655 Kaiserslautern

beauftragt.

- 2 -

Es soll ein schriftliches Blutgruppengutachten unter Einbeziehung der derzeit üblichen Blutgruppensysteme und Eigenschaften über die Frage eingeholt werden, ob der Beklagte der Erzeuger des klägerischen Kindes ist. In die Begutachtung sind der Kläger, die Kindesmutter und der Beklagte einzubeziehen.

Würde im Bereich der herkömmlichen Systeme einerseits der Beklagte als Vater des Kindes nicht ausgeschlossen sein, andererseits eine Vaterschaft nicht so wahrscheinlich sein, dass sie das verbale Prädikat "Vaterschaft praktisch erwiesen" rechtfertigt, so soll das Gutachten auf das HLA-System erstreckt werden.

Sie werden gebeten, die Blutentnahme bei dem Beklagten in eigener Zuständigkeit anzuordnen und die dafür zuständige amtliche Stelle zu bestimmen.

Der Beklagte soll durch die amerikanische Zustellungsbehörde belehrt werden, dass, wenn er die Blutentnahme verweigert, das Gericht nach dem deutschen Recht die Beweislage so behandeln darf, als sei die Blutentnahme durchgeführt worden und habe kein den Beklagten als Vater ausschließendes Ergebnis gehabt.

Der mit der Blutentnahme beauftragte Arzt wird gebeten, folgende Empfehlungen des Sachverständigen zu beachten:

Das Blut kann, wie gewohnt, entnommen und in die Röhrchen umgefüllt werden. Dannach ist es unbedingt erforderlich, dass die Röhrchen ca. 10 bis 15 mal vorsichtlich und langsam hin- und hergeschwenkt werden, damit Blut und eingedampftes Heparin eine Verbindung eingehen können. Dies verhindert die Gerinnung des Blutes. Die Blutproben dürfen nach der Entnahme nicht im Kühlschrank aufbewahrt werden.

Pro Röhrchen bitte soviel Blut wie möglich entnehmen.

Um ein optimales Untersuchungsergebnis zu erzielen, ist die schnellstmögliche Übersendung (Luftfracht) der Blutprobe erforderlich.

Der beiliegende Identitätsnachweis dient zur Vorlage bei Gericht und ist daher genauestens auszufüllen. Nach Möglichkeit bitten wir darum, dass der Proband zur Blutentnahme ein Paßbild mitbringt; in jedem Fall aber muß der Fingerabdruck abgenommen werden.

Die Kostenrechnung wird an das ersuchende Gericht erbeten.

Mit freundlichen Grüßen

( Th. essa )
Richter

AVR 1K

# EXHIBIT  C

TRANSLATION

District Court                  DISTRICT COURT KAISERSLAUTERN
Post Office Box 35 20           Bahnhofstr. 24
67623 Kaiserslautern           67655 Kaiserslautern
                                Telephone: 0631/3721-602, 407
                                          Mrs Doll
                                Telefax:  0631/3721-426

Department of Justice           File No.: 5 F 526/10
Office of International          (Please quote when writing.)
Judicial Assistance
Washington, D.C. 20530          Your reference:
U.S.A.
                                Date: 18th October, 2011


Dear Sirs,

In the Domestic Relations Matter

A(___) D(____) K( ___ — born on '  _____ , 2005,
represented by the Youth Office of the Municipality
Kaiserslautern, Willy-Brandt-Platz 1, 67653 Kaiserslautern
                                           - **Petitioner** -

versus

Eugene Armstead, born on '.  ___        1982, SSN ( ___ __ _
8995, 3316 Wheeler Rd. SE Apt. T2, Washington, D.C. 20032-
4163, United States of America
                                           - **Respondent** -

Further participants:

Mother:
Sabrina Rowell, born on (_  _ ___. 1985, nationality:
German, Borngasse 24, 35633 Lahnau

regarding affiliation of the paternity and child support

you are requested to order and carry out the drawing of
blood on



1

Eugene Armstead, born on ___        ⟶, 1982, SSN _     ⟶
8995, 3316 Wheeler Rd. SE Apt. T2, Washington, D.C. 20032-
4163, United States of America


Prof. Dr. Christian Rittner
Institute for Legal Medicine
Kerststraße 27-31
67655 Kaiserslautern

has been commissioned to provide the written expert
opinion.




I confirm that the above translation conforms to the
original text written in German.

Kaiserslautern, 24th October, 2011

_____
ELISABETH
Sworn interpreter and authorized translator for the English
language for the Courts in Rheinland-Pfalz

A written expert opinion on the blood group is to be obtained including the blood group systems and quality usual at this time on the question whether the defendant is the legal begetter of the child bringing the lawsuit. The plaintiff, the mother of the child and the defendant are to be included in the expert opinion.

Should on the one hand within the field of conventional systems the defendant not be excluded as the father of the child, and should on the other hand his paternity not be probable to the extent that it justifies the verbal predicate "paternity practically proved", in this case the expert opinion is to cover the HLA-system.

You are requested to order the blood test on the defendant in your own jurisdiction and to determine the office competent to carry it out.

The defendant should be given the legal information by the American Authority serving the document informing him, that, should he refuse to have the blood test carried out on him, according to German Law the Court may treat the evidence in such a manner as if the blood test had been carried out and had produced no result excluding the defendant's paternity.

The Doctor asked to draw the blood is requested to observe the following recommendations by the expert:

The blood may, as usual, be taken and be put into small tubes. After that it is absolutely necessary that the tubes be carefully and slowly shaken to and fro about 10 to 15 times so that the blood and the evaporated Heparin can enter into a compound. This prevents the blood clotting. **The blood samples may not be stored in a refrigerator after the taking.**

As much blood as possible should be taken for each tube.

In order to obtain the best possible result the fastest shipment (air freight) of the blood samples is necessary.

The enclosed identity proof will be produced in Court and must therefore be filled in exactly and completely. If possible we request that the person to be tested bring a passport photograph when his blood sample is taken. In any event a finger print must be taken.

Please forward your bill of costs to the Court making this request.

Ausgefertigt/Beglaubigt

_____ , den .............1.4..11..19.,......

. ,. ...teamter Geschäftsstelle des Amtsgerichts

