UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: LETTER OF REQUEST FROM     )<br>AMTSGERICHT KAISERSLAUTERN       )<br>(DISTRICT COURT) FEDERAL REPUBLIC )<br>OF GERMANY                        )<br>                                  ) | MISC. NO.  13-mc-449 (RCL/DAR)<br><br>Hearing Date:  September 12, 2013<br>Time:  9:30 a.m.<br>Courtroom:  4 |

**UNITED STATES' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF APPLICATION TO PROVIDE ASSISTANCE TO FOREIGN TRIBUNAL**

Comes now the United States of America, by the undersigned counsel, and submits the following memorandum of points and authorities in support of its Application to Provide Assistance to Foreign Tribunal.

**Judicial Assistance**

Pursuant to 28 U.S.C. § 1782(a), a court has the authority to grant the request for judicial assistance when the following four requirements are met:

(1) The request must be made by a foreign or international tribunal, or by any interested person;

(2) The request must seek evidence, whether it be testimony or statement of a person or the production of a document or other thing;

(3) The evidence must be for use in a proceeding in a foreign or international tribunal; and

(4) The person from whom discovery is sought must reside or be found in the district of the district court ruling on the application for assistance.

1

*In re Clerici,* 481 F.3d 1324, 1331-32 (11th Cir. 2007); *see also In re Letter of Request from the District Court Stara Lubovna, Slovak Republic*, 2009 U.S. Dist. Lexis 10316 (M.D. Fla. 2009).

Here, these four requirements are met. The Letter of Request came from a foreign tribunal (District Court in Germany), the request seeks evidence in the form of a blood sample, the evidence will be for use in a foreign paternity proceeding, and Eugene Armstead resides in the District of Columbia.

Having established the four requirements under Section 1782, the Court must then consider the factors set forth in *Intel Corp. v. Advanced Micro Devices, Inc.* 542 U.S. 241, 264 (2004). These factors are:

1. Whether the person from whom the discovery is sought is a participant in the foreign proceeding because the need for Section 1782(a) aid generally is not as apparent as it ordinarily is when evidence is sought from a nonparticipant;

2. The nature of the foreign tribunal, the character of the proceedings underway abroad, and the receptivity of the foreign government or the court or agency abroad to U.S. federal-court judicial assistance;

3. Whether the Section 1782(a) request conceals an attempt to circumvent foreign proof-gathering restrictions or other policies of a foreign country or the United States; and

4. Whether the request is otherwise unduly intrusive or burdensome. *Id.*

All the *Intel* factors are met in this matter. With respect to the first factor, Armstead is not a party to the foreign proceeding and the German court does not have jurisdiction over him. As to the second and third factors, there is nothing to suggest based on the nature and character of the German court proceedings that the German court's request is inappropriate or an attempt

to circumvent foreign proof gathering restrictions. Finally, as to the fourth factor, United States courts have consistently found that requesting a blood sample is not unduly intrusive or burdensome. *In re Request for Judicial Assistance From the District Court in Svitavy, Czech Republic*, 748 F. Supp. 2d 522 (E.D. Va. 2010); *In re Letter of Request from the District of Rhein-Necker-Kreis, Amtsgericht Sinsheim, Germany*, 2010 U.S. Dist. Lexis 49241 (S.D. Fla. 2010); *In re Letter of Request from the District Court Stara Lubovna, Slovak Republic*, 2009 *U.S. Dist. Lexis* 10316 (M.D. Fla. 2009); *In re Letter of Request from the Boras District Court, Sweden*, 153 F.R.D. 31 (E.D.N.Y. 1994); *In re Letter of Request from the Local Court of Pforzheim, Division AV, Federal Republic of Germany*, 130 F.R.D. 363 (W.D. Mich. 1989).

**Procedural Aspects of Request for Assistance**

The United States proposes that the following procedures be established by the Court for the procurement of the blood sample and its shipment to Germany:

1. Eugene Armstead shall appear at the office of Ashesh D. Patel, M.D., 1901 R Street NW, Washington, DC 20009, at a prescribed time between 10:00 a.m. and 12:00 p.m. or 1:00 p.m. and 3:30 p.m., on a date between Monday and Wednesday.

2. The United States shall arrange for a representative from Federal Express to meet the parties at said location at the appointed time.

3. A representative from the District of Columbia's Office of the United States Attorney shall be present on behalf of the United States to verify the identity of Eugene Armstead and to ensure shipment of the sample.

4. Eugene Armstead shall produce his photo identification to the representative of the United States and a copy shall be made to go with the blood sample.

5. Dr. Ashesh, or a duly licensed individual on his staff, shall draw the blood sample and shall deposit it into the container provided by the German Court.

6. The blood sample shall be packaged in the container provided by Federal Express, along with a copy of this Court's order, a copy of the order from the court of Germany, and a copy of Eugene Armstead's photo identification.

7. The package shall be sent by Federal Express via international overnight mail to:

Prof. Dr. Rittner
Rechtsmedizinisches Institut
KerststraBe  27 – 31
67655 Kaiserlautern

The United States will bear the costs incurred, subject to reimbursement as sought from Germany by the United States Department of Justice, Office of International Judicial Assistance.

Respectfully submitted,

RONALD C. MACHEN JR., D.C. Bar # 447889
United States Attorney

DANIEL F. VAN HORN
Civil Chief, D.C. Bar # 924092

By:    */s/ Mary Elizabeth Stratton*
MARY ELIZABETH STRATTON
CA Bar # 138049
Special Assistant U.S. Attorney
555 Fourth St., N.W.
Room E-4206
Washington, D.C. 20530
202-252-2575
Mary.Elizabeth.Stratton@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on the 6th day of September, 2013, I caused to be mailed a copy of the **UNITED STATES' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION TO PROVIDE ASSISTANCE TO FOREIGN TRIBUNAL** by United States Mail, postage prepaid to the following person(s):

Eugene Armstead
3316 Wheeler Road, SE
Apt. T2
Washington, D.C. 20032

                                          _*Mary Elizabeth Stratton*____
                                          Mary Elizabeth Stratton
                                          Special Assistant United States Attorney